Decided January 15, 1998

## ANTONIO DEOLIVERIA *v.* ROSS AND ROBERTS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 919 (AC 16726), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Laurence V. Parnoff*, in support of the petition.

*James D. Moran, Jr.*, in opposition.

Decided January 15, 1998